In the Matter of STERLING-NASH CORP., Appellant, against CHARLES U. COMBES, as City Clerk of the City of New Rochelle, Respondent.— In a proceeding under article 78 of the Civil Practice Act, petitioner appeals from an order denying its application for an order requiring and directing the city clerk of the city of New Rochelle to insert and include in petitioner's license to sell used cars (heretofore granted for premises located at 160 Huguenot Street, New Rochelle), the privilege to sell used cars at the premises located at 427 Main Street, New Rochelle, on the ground that the latter premises are an "improved" lot and, therefore, not subject to the provisions of subdivision (g) of section 2 of article VIII of the Zoning Ordinance of the City of New Rochelle, which relates to "unimproved" lots. Order unanimously affirmed, with $10 costs and disbursements. It is clear from the history of the enactment of subdivision (g) that the intention of the city council was to control the "used car lots" business. The inclusion of the word "unimproved" in said subdivision (g) was intended to distinguish a *vacant lot* from a lot with a building or a structure thereon. It was not contemplated that the leveling and paving of the lot, and the erection of retaining walls, would take the lot out of the "unimproved" category and out of the jurisdiction of the board of appeals on zoning. Carswell, Adel, Wenzel and Beldock, JJ., concur; Nolan, P. J., concurs in result.

In the Matter of BERTHA VASILIOW et al., Stockholders in Robert Schmitt Company, Appellants. ROBERT SCHMITT COMPANY, Respondent.— In a proceeding instituted by petitioners, minority stockholders of respondent, a corporation, to compel appraisal and purchase of their stock, pursuant to sections 20 and 21 of the Stock Corporation Law, petitioners appeal from a final order dismissing their petition on the merits and denying their application. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Beldock, JJ. [See *post*, p. 841.]

MURRAY LANDY, Appellant, v. ISABELLE J. LANDY, Respondent.— In an action for a divorce, wherein the defendant counterclaims for a divorce, the jury answered all questions in the negative, and judgment was entered dismissing the complaint and the counterclaim. Plaintiff appeals from the judgment insofar as it dismisses the complaint. Judgment insofar as appeal is taken reversed on the facts and a new trial granted, with costs to abide the event. The verdict, insofar as it answers questions numbered 1 and 2 in the negative, is against the weight of the evidence, and the motion to set it aside should have been granted. It was not error to exclude plaintiff's exhibit 13 for identification from evidence, no sufficient foundation having been laid for its admission. Nolan, P. J., Carswell, Adel, Wenzel and Beldock, JJ., concur.